497 A.2d 1330

**Albert A. WATREL, Petitioner,**

**v.**

**COMMONWEALTH, DEPARTMENT OF EDUCATION.**

Supreme Court of Pennsylvania.

Sept. 24, 1985.

Petition for Allowance of Appeal GRANTED, No. 62 M.D.Appeal Docket 1985.